ACCEPTED
03-16-00084-CV
13130681
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2016 3:06:54 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AUSTIN, TEXAS

IRA D. WILLETT, JR. §
§
VS. §
§
MARIA RODRIGUEZ §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2016 3:06:54 PM
JEFFREY D. KYLE
Clerk

CAUSE NO. 03-16-00084-CV

**APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, MARIA RODRIGUEZ, Appellee in the above cause, filing this Third Motion for Extension of Time in Which to File Appellee's Brief, and in support of same would respectfully show as follows:

A Petition for Divorce was filed by Appellee on May 6, 2014 in the 391st District Court of Tom Green County. A Final Decree of Divorce was entered with the court on January 28, 2015, Honorable Judge TOM GOSSETT presiding.

The Appellant filed a Notice of Appeal on February 3, 2016.

The Appellee's Brief was due in this Court on September 22, 2016.

Two previous extensions of time for filing Appellant's Brief have been requested and granted.

As grounds for this Motion, Appellee would show that counsel is finishing up the brief, however, needs additional time. Appellee therefore asks this Court to extend the time for filing the Appellee's Brief until October 13, 2016.

WHEREFORE, PREMISES CONSIDERED, Appellee prays the Court accept this Motion, and grant same, extending the time for filing Appellant's Brief until October 13, 2016.

Respectfully Submitted,

LAW OFFICE OF GONZALO P. RIOS
228 West Harris Avenue
San Angelo, Texas 76903
Telephone No. (325) 655-6224
Facsimile No. (325) 655-6402


By: _____
GONZALO P. RIOS
State Bar No. 00785492
Attorney for Appellee
gprios_lawoffice@yahoo.com

## VERIFICATION

| | | |
|---|---|---|
| STATE OF TEXAS | | § |
| | | § |
| COUNTY OF TOM GREEN | | § |

BEFORE ME, the undersigned authority, on this day personally appeared GONZALO P. RIOS, who, after being duly sworn on oath deposed and said that he is the attorney for Appellant in the above-entitled and numbered cause; that he has read the above and foregoing document; and that every statement contained therein is within his personal knowledge true and correct.

_____
GONZALO P. RIOS

SUBSCRIBED AND SWORN TO BEFORE ME this 7th day of October, 2016, to certify which witness my hand and official seal.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

VERONICA MARTINEZ
Notary Public, State of Texas
My Commission Expires 08-29-2...

2

## CERTIFICATE OF CONFERENCE

I, GONZALO P. RIOS, do hereby certify that I have previously conferred with IRA D. WILLETT, JR. who stated that he would be opposed to all Motions to be filed by Appellee.

Signed on the 7th day of October, 2016.

_____
GONZALO P. RIOS

## CERTIFICATE OF SERVICE

I, GONZALO P. RIOS, do hereby certify that a true and correct copy of the foregoing Motion has been sent by regular U.S. Mail to:

IRA D. WILLETT, JR.
2905 Armstrong Street
San Angelo, Texas 76903

SIGNED this 7th day of October, 2016.

_____
GONZALO P. RIOS